Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA  99201
Telephone: (509) 838-6131

Joseph S. Goode *(admitted pro hac vice)*
jgoode@llgmke.com
Wisconsin Bar No. 1020886
Mark M. Leitner *(admitted pro hac vice)*
mleitner@llgmke.com
Wisconsin Bar No. 1009459
Allison E. Laffey *(admitted pro hac vice)*
alaffey@llgmke.com
Wisconsin Bar No. 1090079
Amanda E. Melrood *(admitted pro hac vice)*
amelrood@llgmke.com
Wisconsin Bar No. 1089610
LAFFEY, LEITNER & GOODE, LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI  53202
(414) 312-7003 (telephone)
(414) 755-7089 (facsimile)

Attorneys for Plaintiff Radisson Hotels International, Inc.

Elizabeth Kennar
J. Chad Mitchell
Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104-2682
(206) 676-7000 (telephone)

David J. Wolfsohn (*admitted pro hac vice*)
djwolfsohn@duanemorris.com
Pennsylvania Bar No. 57974

PARTIES' JOINT STATUS REPORT - PAGE 1



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1 Aleksander J. Goranin (*admitted pro hac vice*)
2 agoranin@duanemorris.com
Pennsylvania Bar No. 92452
3 DUANE MORRIS LLP
30 South 17th Street
4 Philadelphia, PA 19103-4196
(215) 979-1866 (telephone)
5 (215) 979-1020 (facsimile)

6

7
Attorneys for Defendants Red Lion Hotels Corporation
8 d/b/a RLH Corporation and Red Lion Hotels Franchising, Inc.

9

10

11          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
12

13 RADISSON HOTELS
14 INTERNATIONAL, INC., a Delaware
corporation,
15                                          No. 2:18-cv-00303-TOR
16                              Plaintiff,
                                            **PARTIES' JOINT STATUS REPORT**
17      vs.

18 RED LION HOTELS CORPORATION
19 D/B/A/ RLH CORPORATION, a
Washington corporation, and RED LION
20 HOTELS FRANCHISING, INC., a
Washington corporation,
21
22                             Defendants.

23

24 PARTIES' JOINT STATUS REPORT - PAGE 2



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

The parties, by their undersigned counsel, hereby present the Court with their Joint Status Report pursuant to Section 9 of the Court's March 26, 2019 Limited Scheduling Order (Dkt. 44).

**1. Minnesota Litigation and Florida Bankruptcy Litigation**

The case captioned *Radisson Hotels International, Inc. v. 205 Wolf Holdings, LLC, et al.*, Case No. 27-CV-18-4230 (Hennepin County District Court, State of Minnesota) (the "Minnesota Litigation"), has been stayed by agreement of the parties until April 30, 2020 due to the fact that certain of the Inner Circle Defendants in the Minnesota Litigation have filed for Chapter 11 bankruptcy in the United States District Court for the Middle District of Florida, filed on or about July 22, 2019.

The Middle District of Florida bankruptcy proceeding encompasses 22 separate cases filed by Inner Circle affiliates, with the lead case (for case-management purposes) designated as *In re Consolidated Land Holdings, LLC*, Case No. 6:19-bk-4760-KSJ (M.D. Fl.). On or about November 12, 2019, Radisson Hotels International Inc. filed proofs of claim in six of the Middle District of Florida bankruptcy cases relating to damages alleged by Radisson under six of the nine Radisson-Inner Circle franchise license agreements at issue in the present Washington Action—concerning the hotel properties in High Point, NC; Albany, NY; Cromwell, CT; Billings, MT; Cheyenne, WY;

Winston & Cashatt

A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

and Appleton, WI—as well as the under the 2016 Global Settlement Agreement between Radisson and Inner Circle at issue in the present Washington Action.

## 2. Status of Discovery

The parties continue to work cooperatively on written discovery and have started producing documents on a rolling basis. Because Radisson issued third-party subpoenas for documents in the Minnesota Action before the Minnesota Litigation was stayed, and the Red Lion Defendants cooperated in searching for and producing documents responsive to those subpoenas as well as to Radisson's separate document requests and interrogatories served in this Washington Action, the Red Lion Defendants have completed their initial production of custodial data. The Red Lion Defendants are in the process of reviewing "share file" data for responsiveness and production. Radisson, on the other hand, continues to produce custodial data and its own "share file" data, which it intends to do so on a rolling basis until complete. The Red Lion Defendants are also in the process of completing responses to a second round of written interrogatories and document requests served by Radisson.

The parties anticipate written discovery (including initial document productions) will be complete no later than April 30, 2020.

PARTIES' JOINT STATUS REPORT - PAGE 4



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

3.  **Settlement Discussions**

The parties have been discussing settlement and possible mediation of their dispute before they begin fact depositions and expert discovery. Counsel for the parties have discussed the matter directly at least twice and intend to do so again. The parties are discussing the scheduling of a possible mediation once Radisson provides its initial demand (expected before the end of January) and written discovery is substantially complete.

4.  **Schedule Change**

Depending on when the parties schedule the mediation and its outcome, they anticipate asking the Court for additional time to complete fact depositions and expert discovery.  The purpose of doing so is to avoid the extensive costs of such work if the case can be settled without those expenses being incurred.

5.  **Scheduling a Jury Trial**

In light of the status of the Minnesota and Middle District of Florida Actions, the status of discovery, and the parties' settlement discussion, the parties agree that scheduling a jury trial date at this stage would be premature.

DATED this 6th day of January, 2020.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS

PARTIES' JOINT STATUS REPORT - PAGE 5



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address:  kjc@winstoncashatt.com

s/Joseph S. Goode
Joseph S. Goode *(admitted pro hac vice)*
jgoode@llgmke.com
Wisconsin Bar No. 1020886
Mark M. Leitner *(admitted pro hac vice)*
mleitner@llgmke.com
Wisconsin Bar No. 1009459
Allison E. Laffey *(admitted pro hac vice)*
alaffey@llgmke.com
Wisconsin Bar No. 1090079
Amanda E. Melrood *(admitted pro hac vice)*
amelrood@llgmke.com
Wisconsin Bar No. 1089610
LAFFEY, LEITNER & GOODE, LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI  53202
(414) 312-7003 (telephone)
(414) 755-7089 (facsimile)

Attorneys for Plaintiff Radisson Hotels
International, Inc.


 s/Elizabeth R. Kennar, WSBA No. 25432
SUMMIT LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104-2682
(206) 676-7000 (telephone)
Elizabeth R. Kennar, WSBA #25432
bethk@summitlaw.com
J. Chad Mitchell, WSBA #39689

PARTIES' JOINT STATUS REPORT - PAGE 6


*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

chadm@summitlaw.com

David J. Wolfsohn (*admitted pro hac vice*)
djwolfsohn@duanemorris.com
Pennsylvania Bar No. 57974
Aleksander J. Goranin (*admitted pro hac vice*)
agoranin@duanemorris.com
Pennsylvania Bar No. 92452
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1866 (telephone)
(215) 979-1020 (facsimile)

Attorneys for Defendants Red Lion Hotels
Corporation d/b/a RLH Corporation and Red Lion
Hotels Franchising, Inc.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131