UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RADISSON HOTELS INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RED LION HOTELS CORPORATION D/B/A RLH CORPORATION, a Washington corporation; and RED LION HOTELS FRANCHISING, INC., a Washington corporation,<br><br>　　　　　　　　　　Defendants. | NO: 2:18-CV-0303-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal. ECF No. 87.  The parties stipulate and agree that all claims asserted by them in this action be dismissed with prejudice.  The parties further agree that each side shall bear its own attorneys' fees and costs.  The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 87, is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own attorneys' fees and costs.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 2, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2